1 | Geri N. Kahn (State Bar Number 148536)
  | geri@gerinkahn.com
2 | Law Office of Geri N. Kahn
  | 465 California Street, Suite 609
3 | San Francisco, CA 94104
  | Tel. (415) 397-5446
4 | Fax (800) 375-5956

5 | Attorneys for Plaintiff
  | Andrealius Quincy Lillard

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| Andrealius Quincy Lillard | Case No. 4:15-cv-01279 KAW |
|---|---|
| Plaintiff | **ORDER GRANTING MOTION TO WITHDRAW AS MODIFIED** |
| vs. | |
| Carolyn W. Colvin, Acting Commissioner of Social Security | |
| Defendant | |

Good cause appearing, Plaintiff's counsel's motion to withdraw is GRANTED. Plaintiff may have until **October 12, 2015** to file his Motion for Summary Judgment.

Should Plaintiff be unable to secure new counsel, he may wish to contact the Federal Pro Bono Project's Help Desk for assistance—a free service for pro se litigants—by calling (415) 782-8982. Plaintiff may also wish to consult a manual the court has adopted to assist pro se litigants in presenting their case. This manual, and other free information for pro se litigants, is available online at:

*http://cand.uscourts.gov/proselitigants*.

///

///

///

///

Additionally, because Plaintiff has not consented to the withdrawal and no substitution of counsel has been filed, all papers from the court and from Defendant shall continue to be served on Plaintiff's counsel for forwarding purposes until a substitution of counsel is filed.  *See* Civil L.R. 11-5(b).

Dated: <u>August 27, 2015</u>

*(signature)*
KANDIS A. WESTMORE
United States Magistrate Judge