UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREALIUS QUINCY LILLARD,<br>　　　　Plaintiff,<br>　　v.<br>CAROLYN W. COLVIN,<br>　　　　Defendant. | Case No. 15-cv-01279-KAW<br><br>**ORDER TO SHOW CAUSE**<br>Re: Dkt. No. 17 |

On August 27, 2015, the Court granted Plaintiff's counsel's motion to withdraw as counsel of record, and extended Plaintiff's time to file a motion for summary judgment to October 12, 2015. (Dkt. No. 16.) Therein, the Court provided Plaintiff with the contact information for the Federal Pro Bono Project's Help Desk, as well as the district court's manual for pro se litigants, to assist him in representing himself. To date, Plaintiff has not filed a motion for summary judgment.

On November 25, 2015, Defendant filed a motion for summary judgment and/or dismissal for failure to prosecute. (Dkt. No. 17.) Plaintiff has not filed an opposition.

Accordingly, the Court orders Plaintiff to show cause why this case should not be dismissed for failure to prosecute. By **February 19, 2016,** Plaintiff shall separately file

> (1) a written response to this order to show cause to explain why he did not file the motion for summary judgment by the October 12, 2015 deadline and why Defendant's motion should not be granted as unopposed; and
>
> (2) file an opposition and cross-motion for summary judgment or a notice of non-opposition to Defendant's motion for summary judgment.

Failure to file both documents may result in the dismissal of this action for failure to prosecute or,

in the alternative, Defendant's motion for summary judgment may be granted as unopposed. *See* Judge Westmore's General Standing Order ¶ 22 ("The failure of the opposing party to file a memorandum of points and authorities in opposition to any motion shall constitute consent to the granting of the motion").

IT IS SO ORDERED.

Dated: January 15, 2016

_____
KANDIS A. WESTMORE
United States Magistrate Judge

2